227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–122. HYDROKINETICS, INC. *v.* ALASKA MECHANICAL, INC., 466 U. S. 962;

No. 83–1159. KUNTZ *v.* WINTERS NATIONAL BANK & TRUST CO. ET AL., 465 U. S. 1080;

No. 83–6145. PALAZZO *v.* GULF OIL CORP., 465 U. S. 1070;

No. 83–6227. PERKINS *v.* THOMPSON, GOVERNOR OF ILLINOIS, 466 U. S. 960;

No. 83–6494. RETTIG *v.* KENT CITY SCHOOL DISTRICT ET AL., *ante,* p. 1201;

No. 83–6513. MCDONALD *v.* LEECH, ATTORNEY GENERAL OF TENNESSEE, ET AL., *ante,* p. 1208; and

No. 83–6530. BONNER *v.* PHILADELPHIA INTERNATIONAL RECORDS ET AL., 466 U. S. 977. Petitions for rehearing denied.

JUNE 19, 1984

No. A–1030. SHRINER *v.* WAINWRIGHT, DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is denied for the reasons stated in the opinion of the Court of Appeals for the Eleventh Circuit, 735 F. 2d 1236 (1984). JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. JUSTICE REHNQUIST took no part in the consideration or decision of this application.

JUNE 25, 1984

No. 83–507. CARPENTERS PENSION TRUST FOR SOUTHERN CALIFORNIA *v.* SHELTER FRAMING CORP. ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pension Benefit Guaranty Corporation* v. *R. A. Gray & Co., ante,* p. 717.

No. A–1019. HOLDERMAN *v.* UNITED STATES. D. C. Conn. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.